**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**GLENDA TERRY, ET AL**                                        **CIVIL ACTION**

**VERSUS**                                                              **08-3213**

**TRANSOCEAN OFFSHORE**                                  **SECTION I**
**DEEPWATER DRILLING., INC., ET**
**AL**

## ORDER

Considering the foregoing joint motion[1] to dismiss the above captioned matter with

prejudice,

**IT IS ORDERED** that the motion is **GRANTED** and all claims are hereby **DISMISSED**

**WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, November 13, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1]Rec. Doc. No. 76.